# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
DAVID H. FIELD TRUST No. 1,           *
                                      *
            Plaintiff,                *
                                      *
      v.                              *   No. 19-1202L
                                      *   Filed: October 21, 2021
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

    The court is in receipt of the parties' October 21, 2021 joint stipulation for dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) (2021) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

    **IT IS SO ORDERED**.

                                                s/Marian Blank Horn
                                          **MARIAN BLANK HORN**
                                                 **Judge**